ROSALIE ALFINO et al., Appellants, *v.* MANUFACTURERS TRUST COMPANY and MANUFACTURERS TRUST COMPANY, as Trustee etc., Respondents.

Argued November 20, 1944; decided December 30, 1944.

*Benjamin H. Siff* and *Lewis A. Rosen* for appellants.

*Joseph F. Murray* and *Edward L. Johnson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY DESMOND and THACHER, JJ.